**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-4073**

---

UNITED STATES OF AMERICA,

> Plaintiff – Appellee,

v.

ALFONSO CARNEY,

> Defendant – Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:13-cr-00232-REP-1)

---

Submitted: July 13, 2026                                    Decided: July 20, 2026

---

Before WILKINSON and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:** Geremy C. Kamens, Federal Public Defender, Frances H. Pratt, Assistant Federal Public Defender, Paul G. Gill, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Alexandria, Virginia, for Appellant. Erik S. Siebert, United States Attorney, Stephen W. Miller, Assistant United States Attorney, Daniel J. Honold, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

1

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

After defendant Alfonso Carney repeatedly violated its supervision conditions, the district court revoked Carney's supervised release and sentenced him to time served followed by two years of further supervision. Carney challenges that revocation sentence as plainly unreasonable, but we have reviewed the record and see no reversible error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before us and argument would not aid the decisional process. The judgment is

*AFFIRMED.*